# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# KANSAS CITY

| | |
|---|---|
| THERESA HILL, on behalf of herself and those similarly situated, | |
| Plaintiff, | Case Number: 4:18-cv-00560-RK |
| v. | ORAL ARGUMENT REQUESTED |
| LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, Theresa Hill, through her undersigned counsel, hereby moves for certification of this action as a class action pursuant to Fed. R. Civ. P. 23 Fed. R. Civ. P. 23(b)(3) or, in the alternative, an issues class certified under Fed. R. Civ. P. 23(c)(4), for the reasons set forth in the Suggestions in Support of Plaintiff's Motion for Class Certification ("Suggestions") simultaneously filed herewith.

WHEREFORE, Plaintiff prays for an Order (1) certifying the class defined in her First Amended Complaint (Doc. 16) ¶ 45 or, in the alternative, the Issues Class set forth in her Suggestions, (2) appointing Plaintiff as representative of the Class and her undersigned counsel as class counsel, and (3) granting such other and further relief as the Court deems just and appropriate.

108778

February 12, 2021                                              Respectfully submitted,

   s/ William M. Sweetnam
Keith J. Keogh, *pro hac vice*
William M. Sweetnam, *pro hac vice*
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
312-726-1092
keith@keoghlaw.com
wsweetnam@keoghlaw.com


  s/ Matthew S. Robertson
A.J. Stecklein #46663
Michael Rapp #66688
Matthew S. Robertson #70442
STECKLEIN & RAPP, CHTD.
748 Ann Avenue
Kansas City, Kansas 66101
(913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
msr@kcconsumerlawyer.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF FILING**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of the Court's CM/ECF system on this February 12, 2021, which will automatically generate notice to all counsel of record.

                                                     s/ Matthew S. Robertson